UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

JOSE IGNACIO NAVARRETE                                    Case Number: 18-21412-AJC
                                                          Chapter 13
    Debtor
_____/

**RESPONSE TO OBJECTION TO CONFIRMATION BY CREDITOR LAKEVIEW LOAN SERVICING, LLC.
AND
MOTION TO ENFORCE TRIAL TO ENFORCE TRIAL MODIFICATION PLAN AND FOR THE ISSUANCE OF FINAL MODIFICATION DOCUMENTS;
AS WELL AS MOTION FOR SANCTIONS AND ATTORNEY'S FEES**

COMES NOW, the Debtor, Jose Ignacio Navarrete, by and through his undersigned counsel, hereby files a Response the Objection to Confirmation By Creditor Lakeview Loan Servicing, LLC. Debtor's Motion to Enforce Trial to Enforce Trial Modification Plan and for the Issuance of Final Modification Documents as well as for Sanctions and Attorney's Fees ("Motion") and states as follows:

1. On September 17, 2018, the Debtor filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Court referred this matter to Mortgage Modification Mediation ("MMM") on September 18, 2019 [DE 82].

3. An agreement was reached prior to an MMM conference.

4. The MMM Mediator filed a Final Report of Loss Mitigation/Mortgage Modification stating an agreement was reached on October 30, 2020 [DE 93].

5. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted)**.**

6. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

7. If the Lender transfers the loan, the Lender must provide a copy of the Order to the

    new holder of the loan ("Successor Lender"), and the Successor Lender will be obligated to comply with all terms of this Order.

8. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

9. According to the Agreement, the payments made by the Debtor to Lender were to be in an amount of $1,646.30 for the months of November 1, 2020; December 1,2020; and January 1, 2020.

10. Furthermore, the Agreement states, "After all trial period payments are made timely, title is clear and you have submitted all the required documents, your mortgage will be permanently modified. After successfully completing the Trial Payment Plan (TPP), you must continue making payments in accordance with the terms of the signed agreement until the permanent loan has been ratified by all parties."

11. The Chapter 13 Trustee has disbursed all timely payments to Lender; however, Debtor is yet to receive his Final Modification documents.

12. The Debtor will file a modified Chapter 13 Plan to pay Lender commencing November 2020 per the terms of the Trial Modification Plan.

13. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

14. Contemporaneously herewith the Debtor has filed a Motion to Modify to reflect the appropriate terms of the Trial Period Plan and the Notice of Payment Changes Lender has filed.

15. The Debtor has suffered interruption, annoyance, and continuing anxiety as he finalizes with his Chapter 13 Bankruptcy filing.

16. The Lender should also be required to compensate the undersigned for any fees and costs associated with the filing of this instant Motion.

17. Lender's conduct should not be condoned by this Honorable Court.

**WHEREFORE,** the Debtor requests the Motion to Enforce Trial to Enforce Trial Modification Plan and for the Issuance of Final Modification Documents as well as for Sanctions and Attorney's Fees be granted and for such other and further relief as this Court deems proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the FOREGOING was filed using CM/ECF and served this 22 March 2022: (i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF) in this bankruptcy case, and (ii) via First Class U.S. Mail, unless stated otherwise, upon the parties listed on the attached Service List and mailing matrix, as applicable.

Submitted by:

Florin Law PA
300 Sevilla Ave. Ste. 306
Coral Gables, FL 33134
Tel: 305-445-8988
Fax 305-445-8985
E-mail Address: nflorin@florinlaw.com
By: */s/ Nicole E. Florin*
    Nicole E. Florin, Esq.
    FBN 0673862

<u>Via CM/ECF / E-Mail</u>

Nicole E. Florin, Esq. on behalf of Debtor Rolando Ernesto Morales
nflorin@florinlaw.com, vbolanos@florinlaw.com, r53708@notify.bestcase.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Stefan Beuge, Esq. on behalf of Creditor Caliber Home Loans, Inc
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Steven G. Powrozek, Esq. on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
spowrozek@logs.com, LOGSECF@logs.com

Christopher P Salamone on behalf of Creditor Freedom Mortgage Corporation
csalamone@raslg.com, csalamone@raslg.com

<u>Via U.S. Mail</u>

Jose Ignacio Navarrete
3766 NE 2nd St.
Homestead, FL 33033


Maria Dembowski
8400 NW 59TH PL.
Tamarac, FL 33321

Creditor Matrix